FRANK WELCH, JR., v. HUSKE HARDWARE HOUSE.

(Filed 20 April, 1932.)

**Appeal and Error J b—Action of trial court in setting aside verdict in his discretion is not reviewable on appeal.**

The action of the trial court in setting aside the verdict in his discretion as being against the weight of the evidence involves no question of law or legal inference and is not subject to review on appeal.

APPEAL by defendant from *Finley, J.,* at September Term, 1931, of MOORE.

Civil action by plaintiff, alleged landlord, to recover rent of alleged tenant.

The jury answered the issue of tenancy in favor of the defendant and against the plaintiff.

21—202

On motion of the plaintiff, the court, in its discretion, set aside the verdict as against the weight of the evidence. Defendant appeals, assigning errors.

*U. L. Spence for plaintiff.*
*Cook & Cook for defendant.*

Stacy, C. J. The action of the trial court in setting aside the verdict as contrary to the weight of the evidence was a matter resting in his sound discretion, which involves no question of law or legal inference, and is not subject to review on appeal. *Goodman v. Goodman,* 201 N. C., 808, 161 S. E., 686; *Goodman v. Goodman,* 201 N. C., 794, 161 S. E., 688.

Appeal dismissed.